**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02238

MERRILL LYNCH MASTER BASIC VALUE TRUST FUND, et al.,

    Plaintiffs,

vs.

QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.

**ORDER**

**Blackburn, J.**

    This matter is before the court on the **Order to Show Cause** [#6] issued by the court on November 22, 2006, and the plaintiffs **Response to Order to Show Cause** [#7], filed November 29, 2006.

    This case was transferred to this court by the Judicial Panel on Multidistrict Litigation by an order of that panel, filed in this court on September 29, 2006. The plaintiffs request that this case be administered under the practice and procedure order [#2] issued by this court in ***In re Qwest Communications International, Inc., Securities and "ERISA" Litigation (No. II)***, Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788), filed September 11, 2006. Administration of the above-captioned case as part of Master Docket No. 06-cv-17880-REB-PAC is appropriate because the factual and legal issues in the above-captioned case are very similar to the factual and legal issues in Master Docket No. 06-cv-17880-REB-PAC . FED. R. CIV. P. 42(a).

**THEREFORE, IT IS ORDERED** as follows:

1. That under F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 41(a), this case is **CONSOLIDATED** with *In re Qwest Communications International, Inc., Securities and "ERISA" Litigation (No. II)*, Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788);

2. That this case shall be subject to the terms of the practice and procedure order [#2] issued by this court in *In re Qwest Communications International, Inc., Securities and "ERISA" Litigation (No. II)*, Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788), filed September 11, 2006, including paragraph number three (3) of that order concerning the caption of future filings in this case.

Dated April 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**

2