IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-17880-REB-MEH (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES AND
"ERISA" LITIGATION (NO. II)

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 17, 2007.**

In preparation for the Court to set a scheduling/status conference solely in the related securities cases in this matter,

It is hereby ORDERED that on or before April 30, 2007, Qwest Communications International Inc. ("Qwest") shall file with the Court a written status report detailing all parties, cases and/or claims that will go forward under the caption above (1) following settlement of the claims of securities fraud between the Lead Plaintiffs and the class they represent and certain defendants in the Class Action, (2) within the series of individual lawsuits (*i.e.*, non-class actions) filed in the District of Colorado by pension funds, and (3) within the series of individual lawsuits filed by pension funds in federal courts outside the District of Colorado.

It is further ORDERED that any party having comment or objection with regard to the status report filed by Qwest shall have until and including May 10, 2007, in which to file their written objection or comment.