**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01539-REB-BNB

DENVER EMPLOYEES RETIREMENT PLAN,

     Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC, et al.,

     Defendants.

---

Master Docket No. 06-cv-17880-REB-MEH (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES AND "ERISA" LITIGATION (NO.II)

---

**ORDER GRANTING DEFENDANT QWEST'S
UNOPPOSED MOTION TO CONSOLIDATE**

---

**Blackburn, J.**

     This matter is before me on **Qwest Communications International Inc.'s Unopposed Motion To Consolidate** [#52], filed April 25, 2007.  Qwest seeks to consolidate the action entitled ***Denver Employees Retirement Plan v. Qwest, et al.***, Case No. 06-cv-1539-REB-BNB ("Denver Employees Retirement Plan" Action) with ***In re Qwest Communications International Inc. Securities and "ERISA" Litigation (No. II)***, Master Docket No. 06-cv-17880-REB-MEH (MDL Docket No. 1788).

     On consideration of the submissions of the parties and the relevant law, it is hereby **ORDERED** as follows:

1. That **Qwest Communications International Inc.'s Unopposed Motion To Consolidate** [#52], filed April 25, 2007, is **GRANTED**;

2. That under FED. R. CIV. P.  42(a), and D.C.COLO.LCivR 42.1, ***Denver Employees Retirement Plan v. Qwest, et al.***, Case No. 06-cv-1539-REB-BNB, is **CONSOLIDATED** with ***In re Qwest Communications International Inc. Securities and "ERISA" Litigation (No. II)***, Master Docket No. 06-CV-17880-REB-MEH (MDL Docket No. 1788) ("In re Qwest II") for all pretrial purposes; and

3.  That this case shall be subject to the terms of the practice and procedure order [#2] issued by this court in ***In re Qwest Communications International Inc. Securities and "ERISA" Litigation (No. II)***, Master Docket No. 06-CV-17880-REB-MEH (MDL Docket No. 1788), filed September 11, 2006, including paragraph number three (3) of that order concerning the caption of future filings in this case.

Dated April 26, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2