IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-17880-REB-MEH (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES AND
"ERISA" LITIGATION (NO. II)

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 1, 2007.**

     Qwest's Unopposed Motion for Entry of Proposed Briefing Schedule [filed July 30, 2007; Docket #90] is **granted**. The parties shall follow the requirements of the briefing schedule, filed June 29, 2007 [doc #82], and will not be granted enlargements or extensions of time, except upon a showing of good cause.