IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-17880-REB-MEH (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES AND "ERISA" LITIGATION (NO. II)

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 14, 2007.**

Qwest's Unopposed Renewed Motion for (1) Lifting of PSLRA Discovery Stay as to All Parties Except Defendants Wilks and Jacobsen, and (2) Entry of Discovery Coordination Order [filed August 8, 2007; doc #121] is **granted**. The Court's Order Adopting Discovery Coordination Order is filed contemporaneously herewith.

The Court's Report and Recommendation on Motion to Lift Stay of Discovery and for Entry of Discovery Coordination Order [doc #120] is **withdrawn**, and Qwest's Motion for (1) Lifting of PSLRA Discovery Stay as to All Parties Except Defendants Wilks and Jacobsen, and (2) Entry of Discovery Coordination Order [doc #81] is **denied as moot**, as a result of this Order.