## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES AND "ERISA" LITIGATION (NO. II)

<u>This document relates to:</u>

NEW YORK STATE COMMON RETIREMENT FUND v. QWEST COMMUNICATIONS INTERNATIONAL, INC., ET AL.*,* C.A. No. 1:06-2996 (S.D.N.Y.)

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action filed on April 18, 2006 by plaintiff New York State Common Retirement Fund ("Plaintiff" or "NYSCRF") against defendants Qwest Communications International, Inc., Arthur Andersen LLP, Philip F. Anschutz, Gregory Casey, Stephen M. Jacobsen, Vinod Khosla, Afshin Mohebbi, Joseph P. Nacchio, Craig D. Slater, James A. Smith, Robin R. Szeliga, Drake S. Tempest, Marc B. Weisberg, Lewis O. Wilks, and Robert S. Woodruff (collectively, "Defendants") is hereby voluntarily dismissed with prejudice as to all Defendants. The parties have reached a mutually agreeable settlement of this action, which includes provisions for costs.

Dated: November 1, 2007

By: s/ Steven E. Fineman
Steven E. Fineman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017

*Counsel for New York State Common Retirement Fund*

734986.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2007, a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the USDC CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| Timothy G. Atkeson | Tim_Atkeson@aporter.com | Counsel for Defendant Arthur Andersen, LLP |
|---|---|---|
| Jeffrey A. Barrack | jbarrack@barrack.com | Counsel for Plaintiff PA PSERS |
| Daniel Chiplock | dchiplock@lchb.com | Counsel For Plaintiffs FPPAC, Merrill Lynch Funds, NYSCRF, & SFERS |
| Ty Cobb | tcobb@hhlaw.com | Counsel for Defendants Jacobsen & Wilks |
| David L. Cook | david.cook@cliffordchance.com | Counsel for Defendant Woodruff |
| Stephanie E. Dunn | sdunn@perkinscoie.com<br>sdunn-efile@perkinscoie.com | Counsel for Defendant Smith |
| Steven Fineman | sfineman@lchb.com | Counsel For Plaintiffs FPPAC, Merrill Lynch Funds, NYSCRF, & SFERS |
| John A. Freedman | john_freedman@aporter.com | Counsel for Defendants Arthur Andersen & Iwan |
| Walter W. Garnsey, Jr. | wgarnsey@khgk.com<br>smiller@khgk.com | Counsel for Defendant Casey |
| Hector Geribon | hgeribon@lchb.com | Counsel For Plaintiffs FPPAC, Merrill Lynch Funds, NYSCRF, & SFERS |

734986.1

| | | |
|---|---|---|
| Jeffrey Gross | jgross@cooley.com | Counsel for Defendant Woodruff in Merrill Lynch Funds matter |
| Richard Heimann | rheimann@lchb.com | Counsel For Plaintiffs FPPAC, Merrill Lynch Funds, NYSCRF, & SFERS |
| Robert F. Hill | roberthill@hillandrobbins.com | Counsel for Plaintiffs |
| Michael J. Hofmann | michael.hofmann@hro.com | Counsel for Defendants Anschutz & Slater |
| Jennifer H. Hunt | jhunt@hillandrobbins.com | Counsel for Plaintiffs |
| Richard L. Jacobson | richard.Jacobson@aporter.com | Counsel for Defendant Casey |
| M. Richard Komins | rkomins@barrack.com | Counsel for Plaintiff PA PSERS |
| Joy Kruse | jakruse@lchb.com | Counsel For Plaintiffs FPPAC, Merrill Lynch Funds, NYSCRF, & SFERS |
| Coates Lear | clear@hhlaw.com | Counsel for Stephen Jacobsen & Lewis Wilks |
| Martin D. Litt | martin.litt@hro.com | Counsel for Defendants Anschutz & Slater |
| Edward T. Lyons, Jr. | elyons@joneskeller.com<br>mdeiss@joneskeller.com | Counsel for Defendant Smith in Merrill Lynch Funds Matter |
| David Meister | david.meister@cliffordchance.com | Counsel for Defendant Woodruff |
| James Miller | james.miller@cliffordchance.com | Counsel for Defendant Woodruff |
| Robert N. Miller | rmiller@perkinscoie.com | Counsel for Defendant Smith |
| Charles Mitchell | ctmitchell@hhlaw.com | Counsel for Defendants Jacobsen & Wilks |
| Barbara C. Moses | bmoses@maglaw.com<br>jlaing@maglaw.com | Counsel for Defendant Mohebbi |

734986.1

| Edward S. Nathan | enathan@sgklaw.com<br>lspecter@sgklaw.com | Counsel for Defendant Nacchio |
|---|---|---|
| James E. Nesland | neslandje@cooley.com<br>foutsdl@cooley.com<br>inghramjl@cooley.com | Counsel for Defendant Tempest |
| Christopher Rhee | christopher.rhee@aporter.com | Counsel for Defendant Casey |
| Ashley Rupp | arupp@maglaw.com | Counsel for Defendant Mohebbi |
| Paul H. Schwartz | schwartzph@cooley.com<br>vrush@cooley.com<br>colitigation@cooley.com<br>inghramjl@cooley.com | Counsel for Defendant Tempest |
| Daniel Shea | dfshea@hhlaw.com | Counsel for Defendants Jacobsen & Wilks |
| Joel M. Silverstein | jsilverstein@sgklaw.com | Counsel for Defendant Nacchio |
| Jeffrey A. Smith | jsmith1@cooley.com<br>foutsdl@cooley.com<br>inghramjl@cooley.com | Counsel for Defendant Tempest |
| Jeffrey Speiser | jspeiser@sgklaw.com | Counsel for Defendant Nacchio |
| Michael Trager | michael.trager@aporter.com | Counsel for Defendant Casey |
| Ronald Wilcox | ronwilcox@hillandrobbins.com | Counsel for Plaintiffs |
| David A. Zisser | dzisser@ir-law.com | Counsel for Defendant Weisberg |
| David R. Boyd | dboyd@bsfllp.com | Counsel for Defendant Qwest Communications International, Inc., Qwest Capital Funding, Inc., and Qwest Corp. |
| Kenneth F. Rossman, IV | krossman@bsfllp.com | Counsel for Defendant Qwest Communications International, Inc., Qwest Capital Funding, Inc., and Qwest Corp. |

734986.1

| Marcy M. Heronimus | mheronim@sah.com | Counsel for Defendant Qwest Communications International, Inc., Qwest Capital Funding, Inc., and Qwest Corp. |
|---|---|---|
| Terence C. Gill | tgill@sah.com | Counsel for Defendant Qwest Communications International, Inc., Qwest Capital Funding, Inc., and Qwest Corp. |

and, I also certify that I have served same by depositing in the U.S. Mail, first-class postage prepaid, addressed to the following:

Mark T. Drooks
Thomas V. Reichert
**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks & Lincenberg,
A Professional Corporation**
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Phone: 310.201.2100
Fax: 310.201.2110
Counsel for Defendant Szeliga

Mark C. Hansen
Kevin B. Huff
David L. Schwarz
**Kellogg, Huber, Hansen, Todd, Evans
& Figel, P.L.L.C.**
Sumner Square
1615 M. Street NW, Suite 400
Washington, D.C. 20036-3209
Phone: 202.326.7900
Fax: 202.326.7999
Counsel for Philip Anschutz & Craig Slater

734986.1

| | |
|---|---|
| John M. Richilano<br>Marci A. Gilligan<br>**Richilano & Gilligan, P.C.**<br>633 17th Street; Suite 1700<br>Denver, CO 80202<br>Phone: 303.893.8000<br>Fax: 303.893.8055<br>Counsel for Joseph Nacchio | Jonathan D. Schiller<br>**Boies, Schiller & Flexner, LLP-DC**<br>5301 Wisconsin Avenue, North West #800<br>Washington, DC 20015<br>Phone: 202-895-7566<br>Fax: 202.237.6131<br>Counsel for Defendant Qwest Communications International, Inc., Qwest Capital Funding, Inc., and Qwest Corp. |

s/ Steven E. Fineman
Steven E. Fineman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
Tel.: (212) 355-9500
Fax: (212) 355-9592
E-mail:  sfineman@lchb.com

*Counsel for New York State Common Retirement Fund*

734986.1