IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17880-REB-MEH (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES AND "ERISA" LITIGATION (NO. II)

This document relates to

New York State Common Retirement Fund V. Qwest Communications International, Inc., et Al., C.A. No. 06-2996 (S.D.N.Y.);

Merrill Lynch Master Basic Value Trust Fund V. Qwest Communications International, Inc., et al., C.A. No. 06-4790 (S.D.N.Y.);

San Francisco Employees Retirement System V. Qwest Communications International, Inc., et al., C.A. No. 06-2615 (N.D. Cal.); and

Pennsylvania Public School Employees' Retirement System v. Qwest Communications International, Inc. et al., C.A. No. 06-1829 (E.D.Pa.).

## ORDER CONCERNING NOTICES OF DISMISSAL

**Blackburn, J.**

This matter is before me on the following:

1) **Notice of Dismissal With Prejudice** [#148] (concerning New York State Common Retirement Fund V. Qwest Communications International, Inc., et Al., C.A. No. 06-2996 (S.D.N.Y.)), filed November 1, 2007;

2) **Notice of Dismissal With Prejudice** [#149] (concerning Merrill Lynch Master Basic Value Trust Fund V. Qwest Communications International, Inc., et al., C.A. No. 06-4790 (S.D.N.Y.)), filed November 1, 2007;

3) **Notice of Dismissal With Prejudice** [#151] (concerning San Francisco Employees Retirement System V. Qwest Communications

International, Inc., et al., C.A. No. 06-2615 (N.D. Cal.)), filed November 1, 2007; and

4) **Notice of Voluntary Dismissal With Prejudice** [#153] (concerning Pennsylvania Public School Employees' Retirement System v. Qwest Communications International, Inc. et al., C.A. No. 06-1829 (E.D.Pa.)), filed November 9, 2007.

These notices were filed under FED. R. CIV. P. 41(a)(1). Thus, the dismissal of the plaintiffs' claims in these cases is effectuated by the filing of the notices. I note that each of the cases dismissed by the notices listed above originated in a district other than the District of Colorado. Each of these cases was transferred to the District of Colorado by the Judicial Panel on Multidistrict Litigation in a **Transfer Order** [#1], filed August 16, 2006. These cases were transferred to this court for consolidated pretrial proceedings. My research indicates that the transferor courts in which these cases originated have not been notified of the dismissal of the case or cases that originated in their courts.

As a matter of comity to the courts in which these cases originated, I direct that the plaintiffs in each of the four cases affected by the notices of voluntary dismissal listed above shall notify the originating transferor court of the dismissal of their case. The plaintiffs who filed the notices of dismissal listed above shall file in the relevant transferor court a notice indicating that a notice of dismissal under Fed. R. Civ. P. 41(a)(1) has been filed in this court concerning the plaintiff or plaintiffs' case. Each such notice shall include a copy of the Rule 41(a)(1) notice filed in this court. Each such plaintiff also shall file in this case a certificate stating that they have complied with

the requirements of this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs in the cases affected by the notices of dismissal docketed in this case at docket numbers [#148], [#149], [#151], [#153] **SHALL FILE** in the transferor court in which their case originally was filed a notice indicating that a notice of dismissal under Fed. R. Civ. P. 41(a)(1) has been filed in this court;

2. That each such notice **SHALL INCLUDE** a copy of the notice of dismissal under Fed. R. Civ. P. 41(a)(1) that has been filed in this court concerning the case that originally was filed in the transferor court;

3. That such notices **SHALL BE FILED** in the relevant transferor court on or before December 12, 2007;

4. That on or before December 12, 2007, the plaintiffs in the cases affected by the notices of dismissal docketed in this case at docket numbers [#148], [#149], [#151], [#153] **SHALL FILE** with this court a certificate stating that they have complied with the requirements of this order.

Dated November 26, 2007, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**